**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER E. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NELSON WATSON & ASSOCIATES. LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1.      Plaintiff Christopher E. Davis brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Nelson Watson & Associates, LLC.  Plaintiff alleges that Nelson Watson & Associates, LLC, violated the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

### JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 47 U.S.C. §227(b)(3).

3.      Venue and personal jurisdiction in this District are proper because:

   a.      Nelson Watson & Associates, LLC's collection communications were received by plaintiff within this District, and

   b.      Nelson Watson & Associates, LLC transacts business within this District.

### PARTIES

4.      Plaintiff Christopher Davis is a resident of the Northern District of Illinois.

5.      Defendant Nelson Watson & Associates, LLC, is a Delaware limited liability company with a principal located at 80 Merrimack Street, Haverhill, Massachusetts,

01830. It does business in Illinois. Its registered agent and office is National Registered Agents, Inc., 200 W. Adams Street, Chicago, Illinois, 60606.

## FACTS

6.      Nelson Watson & Associates, LLC, has been attempting to collect a Capital One debt from plaintiff incurred, if at all, for personal, household or family purchases and not for business purchases.

7.      The status of the account is disputed by plaintiff.

8.      Subsequent to March 14, 2012,  Nelson Watson & Associates, LLC, placed more than thirty calls to plaintiff's cell phone using automated dialers and/or a recorded voice.  The calls were made to plaintiff's cell phone on the following dates and times:

a.      March 30, 2012 at 9:24 a.m., and at 2:36 p.m.

b.      March 31, 2012 at 7:11 a.m.

c.      April 2, 2012 at 10:42 a.m.,  and at 5:19 p.m.

d.      April 3, 2012 at 8:18 a.m.

e.      April 4, 2012 at 9:54 a.m.

f.      April 5, 2012 at 8:07 a.m., and at 2:51 p.m.

g.      April 6, 2012 at 7:34 a.m,  at 11:04 a.m., and again at 1:58 p.m.

h.      April 9, 2012 at 10:51 a.m., and at 4:33 p.m.

i.      April 10, 2012 at 8:30 a.m., and at 1:02 p.m.

j.      April 11, 2012 at 10:27 a.m., and at 2:09 p.m.

k.      April 12, 2012 at 8:18 a.m., and at 1:34 p.m.

l.      April 13, 2012 at 7:47 a.m., and at 3:06 p.m.

m.      April 16, 2012 at 11:26 a.m.

n.       April 17, 2012 at 8:37 a.m., and at 2:35 p.m.

o.      April 18, 2012 at 10:59 a.m., and at 4:35 p.m.

p.      April 19, 2012 at 8:28 a.m., and at 2:20 p.m.

2

q.      April 20, 2012 at 7:48 a.m., and at 2:44 p.m.

r.      April 23, 2012 at 11:25 a.m.

9.      The automated dialers place calls without human intervention until a

connection is made, in which case the dialers attempt to connect the recipient with a debt

collector.

10.      On March 14, 2012, plaintiff, by counsel, faxed a letter to a prior

collection agency that was employed by and operated as an agent for Capital One, the creditor,

revoking any authorization to call plaintiff's cell phone (Exhibit A).  A copy was mailed to

Capital One and received by March 19, 2012.

## COUNT I – TCPA

11.      Plaintiff incorporates paragraphs 1-10.

12.      47 U.S.C. §227(b)(1) provides, in part, as follows:

**It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States –**

**(A)      to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice....**

**(iii)      to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call....**

13.      47 U.S.C. §227(b)(3) further  provides:

**A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State –**

**(A)      an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,**

**(B)      an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or**

**(C)      both such actions.**

**If the Court finds that the defendant willfully or knowingly violated this**

3

**subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under the subparagraph (B) of this paragraph.**

14.     Defendant violated the TCPA by placing automated calls to plaintiff's cell phone.

15.     Plaintiff is entitled to statutory damages.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendant, for:

(1)     Statutory damages;

(2)     An injunction against further violations;

(3)     Costs of suit; and

(4)     Such other or further relief as the Court deems just and proper.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

4

## VERIFICATION

The undersigned hereby declares under penalty of perjury, as provided for by 28 U.S.C. 1746, that the facts stated in the foregoing complaint are true.

Christopher E. Davis
_____
Christopher E. Davis

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

EXHIBIT A

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois 60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: info@edcombs.com
## www.edcombs.com

March 14, 2012

**VIA FACSIMILE: (866) 269-8669**

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Re:    **Christopher Davis**

Ladies/ Gentlemen:

Please be advised that we represent the above individual and that our client disputes the claimed debt(s) you are attempting to collect. Please provide any contract or agreement signed by our client and an account history showing how you arrived at the conclusion that our client owes the amounts claimed and when this alleged debt(s) was charged off.

Furthermore, you are hereby requested, as required by the Uniform Commercial Code, to provide proof that you or your principal is in fact the assignee of the debt(s) described above and that you are legally authorized to attempt to collect the claimed debt(s) from our client.

Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through any means, including credit reporting, and you are advised that our client **refuses to pay** and requests **cessation of further communications.**

Any and all consents that our client may have given for communications to cellular telephones are hereby revoked.

Thank you.

Sincerely,

Daniel A. Edelman

cc: Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

```
┌─────────────────────────────────────────┐
│  TRANSMISSION  VERIFICATION  REPORT      │
└─────────────────────────────────────────┘
                        TIME   : 03/14/2012 11:46
                        NAME   : ECLG SEND
                        FAX    : 2
                        TEL    : 3124190015
                        SER.#  : BROL9J992598

┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME          03/14  11:46                              │
│   FAX NO./NAME       18662698669                              │
│   DURATION           00:00:24                                 │
│   PAGE(S)            01                                       │
│   RESULT             OK                                       │
│   MODE               STANDARD                                │
│                      ECM                                     │
└──────────────────────────────────────────────────────────────┘
```

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
### 120 S. LaSalle Street, 18th floor
### Chicago, Illinois 60603-3403
### (312) 739-4200
### (800) 644-4673
### (312) 419-0379 (FAX)
### Email: info@edcombs.com
### www.edcombs.com
March 14, 2012

**VIA FACSIMILE: (866) 269-8669**

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

                    Re:    **Christopher Davis**

Ladies/ Gentlemen:

      Please be advised that we represent the above individual and that our client disputes the claimed debt(s) you are attempting to collect.  Please provide any contract or agreement signed by our client and an account history showing how you arrived at the conclusion that our client owes the amounts claimed and when this alleged debt(s) was charged off.

      Furthermore, you are hereby requested, as required by the Uniform Commercial Code, to provide proof that you or your principal is in fact the assignee of the debt(s) described above and that you are legally authorized to attempt to collect the claimed debt(s) from our client.

      Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through any means, including credit reporting, and you are advised that our client **refuses to pay** and requests **cessation of further communications.**