UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Christopher E. Davis

           Plaintiff,

v.                 Case No.: 1:12–cv–04548
                Honorable Matthew F. Kennelly

Nelson Watson & Associates, LLC

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 9, 2012:

  MINUTE entry before Honorable Jeffrey Cole: The parties report that the case is settled. All matters relating to the referral having been resolved, the referral is closed and the case is returned to Judge Kennelly. Judge Honorable Jeffrey Cole no longer referred to the case.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.