# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 12-cv-4548 |
| | ) | |
| vs. | ) | Judge Kennelly |
| | ) | Magistrate Judge Cole |
| NELSON WATSON & ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties stipulate that the action commenced by Christopher E. Davis is dismissed without prejudice with leave to reinstate in thirty (30) days up to and including January 18, 2013. If no motion to reinstate has been filed prior to January 18, 2013, the dismissal shall automatically convert to a dismissal with prejudice on that date.

SO STIPULATED on this day, December 19, 2012.

Respectfully submitted,

| | |
|---|---|
| s/ Tiffany N. Hardy | s/ Justin M. Penn |
| Tiffany N. Hardy | Justin M. Penn |
| | |
| Daniel A. Edelman | David M. Schultz |
| Cathleen M. Combs | Justin M. Penn |
| James O. Latturner | HINSHAW & CULBERTSON |
| Tiffany N. Hardy | 222 North LaSalle Street, Suite 300 |
| EDELMAN, COMBS, LATTURNER | Chicago, Illinois 60601 |
| & GOODWIN, LLC | (312) 704-3527 |
| 120 South LaSalle Street, 18th Floor | (312) 704-3001 (FAX) |
| Chicago, Illinois 60603 | |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |

## **CERTIFICATE OF SERVICE**

I, Tiffany N. Hardy, hereby certify that on December 19, 2012, I caused to be filed the foregoing documents via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

s/Tiffany N. Hardy
Tiffany N. Hardy
