## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Christopher E. Davis

                     Plaintiff,

v.                                     Case No.: 1:12−cv−04548

                                     Honorable Matthew F. Kennelly

Nelson Watson & Associates, LLC

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2012:

       MINUTE entry before Honorable Matthew F. Kennelly: Case is dismissed without prejudice and with leave to reinstate on or before 1/22/2013. The dismissal will automatically convert to one with prejudice if there is no motion to reinstate by 1/22/2013. Status hearing set for 12/20/12 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.